Argued May 23, affirmed May 30, 1978

STATE OF OREGON, *Appellant,*

*v.*

JULIE ANN PRICKETT, *Respondent.*

(No. DU-8426, CA 10123)

578 P2d 1266

Donald L. Paillette, Assistant Attorney General, Salem, argued the cause for appellant. With him on the brief were James A. Redden, Attorney General, and Al J. Laue, Solicitor General, Salem.

Mark Gardner, Hillsboro, argued the cause and filed the brief for respondent.

Before Schwab, Chief Judge, and Lee, Richardson and Joseph, Judges.

PER CURIAM.

Affirmed. *State v. Michener,* 25 Or App 523, 550 P2d 449, *rev den* (1976).